IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| SKYLA WARREN, | § § | |
| Plaintiff, | § § | CIVIL ACTION NO. 6:24-CV-00334-JDK |
| v. | § § | |
| CHILD PROTECTIVE SERVICES, | § § § | |
| Defendant. | § § | |

**ORDER ADOPTING REPORT AND RECOMMENDATION
OF THE UNITED STATES MAGISTRATE JUDGE**

Plaintiff Skyla Warren, proceeding pro se, filed this lawsuit against Defendant on September 10, 2024. Docket No. 1. This case was referred to United States Magistrate Judge John D. Love. Docket No. 3. On September 12, 2024, the Magistrate Judge issued a report recommending that Plaintiff's complaint be dismissed without prejudice for lack of subject matter jurisdiction. Docket No. 4. Plaintiff acknowledged receipt of the report on September 19, 2024. Docket No. 5. Plaintiff did not file objections to the report, and the time-frame for doing so has passed.

Because objections to Judge Love's Report have not been filed, Plaintiff is barred from de novo review by the District Judge of those findings, conclusions, and recommendations and, except upon grounds of plain error, from appellate review of the unobjected-to proposed factual findings and legal conclusions accepted and adopted by the district court. *Douglass v. United Services Auto. Ass'n*, 79 F.3d 1415, 1430 (5th Cir. 1996) (en banc).

1

The Court has reviewed the pleadings in this cause and the Report of the Magistrate Judge. Upon such review, the Court has determined that the Report of the Magistrate Judge is correct. *See United States v. Wilson*, 864 F.2d 1219, 1221 (5th Cir.), cert. denied, 492 U.S. 918, 109 S.Ct. 3243 (1989) (holding that where no objections to a Magistrate Judge's Report are filed, the standard of review is "clearly erroneous, abuse of discretion and contrary to law.").

Accordingly, it is hereby **ORDERED** that the Magistrate Judge's Report (Docket No. 4) is **ADOPTED**. This action is **DISMISSED** without prejudice for lack of subject matter jurisdiction.

So **ORDERED** and **SIGNED** this **15th** day of **October, 2024.**

_____
JEREMY D. KERNODLE
UNITED STATES DISTRICT JUDGE